UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Gloria V Archila

Bankruptcy Case No: 17-30065

Debtor(s)

Chapter 13

## APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

1. Debtor(s)' attorney, __Geoffrey E. Wiggs__, requests the approval of attorney's fees in the sum of $ __5,150.00__ pursuant to the attorneys fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Francisco Division). Of the sum requested, the amount of $ __1,000.00__ has been previously paid to debtor(s)' attorney.

2. In addition to the basic case, the debtor(s)' case involves:

   - [x] Real property claims
   - [ ] Additional parcels of real property with an encumbrance of at least $10,000
   - [ ] Unfiled tax returns or objections to claims of taxing agencies
   - [ ] Vehicle loans or leases
   - [ ] An operating business
   - [x] Twenty-Five or more creditors
   - [ ] Domestic Support claims
   - [ ] Student loans
   - [ ] Motion to Extend Stay
   - [ ] Motion to Avoid Lien

3. A copy of the Rights and Responsibilities of Chapter 13 Debtors and their Attorneys, executed by the debtor(s) and debtor(s)' attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

Dated: 02/22/2017

/s/ Geoffrey E. Wiggs
Geoffrey E. Wiggs
Attorney for Debtor(s)