Entered on Docket
June 20, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 19, 2017

*[signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>GLORIA V ARCHILA,<br>       Debtor(s). | Case No. 17-30065 HLB<br>Chapter 13 |

### ORDER RE TRUSTEE'S MOTION TO DISMISS

On May 11, 2017, the Trustee filed a motion to dismiss the above-captioned Chapter 13 case for lack of prosecution (the "Motion"). Debtor has opposed the Motion.

The Motion asserts that Debtor did not prosecute this case because the Trustee requested certain actions be taken, and Debtor failed to act on these requests. Upon due consideration, the court finds and concludes the following in accordance with each of the Trustee's arguments as enumerated in the attachment to the Motion:

(1) Debtor has filed and served an amended plan and notice an opportunity for hearing on all creditors which appears to satisfy the Trustee's request.

(2) Wells Fargo Bank withdrew its objection to confirmation on June 12, 2017 which appears to satisfy the Trustee's request.

ORDER RE TRUSTEE'S MOTION TO DISMISS - 1 -

(3) Debtor has filed an amended plan which appears to satisfy the Trustee's request.

(4) Debtor filed an amended Schedule J reducing the monthly expense for home maintenance, repair, and upkeep expenses from $250 to $175, but has not provided the requested verification of the expense. Accordingly, the Trustee's argument is well-taken.

(5) Debtor filed a verification of her HOA expense, however, the document contained personally identifiable information and has been restricted from public access by the court. Accordingly, the Trustee's argument is well-taken.

(6) Debtor filed a verification of her claimed homestead exemption; however, the document contained personally identifiable information has been restricted from public access by the court. Accordingly, the Trustee's argument is well-taken.

Accordingly, the court hereby **ORDERS** that Debtor(s) shall perform the following on or before **July 5, 2017:**

- **Provide the Trustee with verification of monthly expense for home maintenance, repair, and upkeep expenses in the amount of $175.00.**
- **File a properly redacted verification of her HOA expense.**
- **File a properly redacted verification of her claimed homestead exemption.**

If Debtor(s) complies timely and fully with the terms of this order, the Motion is **DENIED**.

**ORDER RE TRUSTEE'S MOTION TO DISMISS**

- 2 -

If Debtor(s) fails to comply timely and fully with the terms of this order, the Trustee shall file and serve a declaration under penalty of perjury detailing why Debtor(s) has failed to comply, **and shall upload an order granting the Motion and dismissing the case.** The hearing on the Motion set for June 21, 2017 is vacated.

**\*\*END OF ORDER\*\***

## Court Service List

[None]